UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADERA WILLIAMS,

                 Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                 Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2020
```

19 Civ. 10443 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

       Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 25, of the Honorable James L. Cott, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

       The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendant's motion for judgment on the pleadings is DENIED, Plaintiff's motion is GRANTED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the R&R.

       The Clerk of Court is directed to terminate the motions at ECF Nos. 20 and 22, and close the case.

       SO ORDERED.

Dated: December 14, 2020
     New York, New York

ANALISA TORRES
United States District Judge