UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADERA WILLIAMS,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------------X

19 CIVIL 10443 (AT)(JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated December 14, 2020, the R&R is ADOPTED in its entirety. Defendant's motion for judgment on the pleadings is DENIED, Plaintiff's motion is GRANTED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the R&R. Specifically, on remand, the ALJ should: (1) properly apply the treating physician rule by explicitly considering each Burgess factor before determining the weight of the treating physician's opinion; and (2) specify, to the extent different weights are assigned to Dr. Mendez-Agrusa's opinions, which portions of those opinions are assigned which weights; accordingly, the case is closed.

**Dated:** New York, New York
          December 14, 2020

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court

                        BY:

                                                      **Deputy Clerk**